## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., <br> Plaintiff, <br><br> v. <br><br> PTS REALTY HOLDINGS, LLC, <br> Defendant. | CIVIL ACTION <br><br><br><br> NO. 18-261 |

## O R D E R

**AND NOW**, this 21st day of June, 2018, upon consideration of Defendant's Motion to Dismiss (ECF No. 3); Plaintiff's Response in Opposition Thereto (ECF No. 4); Defendant's Reply (ECF No. 6); the Court's Order converting Defendant's Motion to Dismiss to a Motion for Summary Judgment (ECF No. 7), Defendant's Supplemental Memorandum in Support of Summary Judgment (ECF No. 8); and Plaintiff's Response in Opposition Thereto (ECF No. 9), **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall **SHOW CAUSE** why sanctions should not issue under Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927 by **June 29, 2018**.

                **BY THE COURT:**

                **/s/Wendy Beetlestone, J.**

                _____
                **WENDY BEETLESTONE, J.**